IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GORDY, # 257498, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:22-CV-315-WKW |
| ) | [WO] |
| ROLANDA CALLOWAY and ) | |
| STEVEN T. MARSHALL, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On August 9, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Petitioner's 28 U.S.C. § 2254 motion is DENIED without prejudice.

Final judgment will be entered separately.

DONE this 30th day of August, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE